OPINION — AG — **** TAX OVERPAYMENTS **** THE ONE (1) YEAR LIMITATION CONTAINED IN THE PROVISIONS OF 68 O.S. 1975 Supp., 2479 [68-2479], DETERMINES IF A REFUND SHALL BE MADE AND THE PROCEDURES THEREOF, AND SERVES TO BAR RECOVERY FOR AN OVERPAYMENT OR ERROR FOR REAL OR PERSONAL PROPERTY TAXES BY THE TAXPAYER NOT PERFECTING THOSE PROCEDURES IN ACCORDANCE WITH THE TIME LIMITATIONS OF SECTION 2479. CITE: OPINION 69-125, 2 OKL.OP.A.G. 185 (NATHAN J. GIGGER)